**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 168 MAL 2023
                                :
                    Respondent  :
                                :
                                :   Petition for Allowance of Appeal
                                :   from the Order of the Superior Court
              v.                :
                                :
                                :
MARVIN JENNINGS,                :
                                :
                    Petitioner  :

## ORDER

**PER CURIAM**

     **AND NOW**, this 30th day of August, 2023, the Petition for Allowance of Appeal is **DENIED**.